**Crowell**

**Preetha Chakrabarti**
PChakrabarti@crowell.com
(212) 895-4327 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue    +1.212.223.4000 main
New York, NY 10001  +1.212.223.4134 fax

June 24, 2026

**VIA ELECTRONIC FILING**

The Honorable Arun Subramanian
United States District Court
Southern District of New York J
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

GRANTED. The conference is adjourned to August 19 at the same time, with the same dial-in. Counsel is reminded to submit the required pre-conference filings.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 29, 2026

**Re:    *Fast Corporation Ltd. v. Sophos Ltd.,* Case No. 1:26-cv-02420 (AS)**

Dear Judge Subramanian:

I represent Defendant Sophos Ltd. ("Defendant") in the above-captioned matter and submit this letter motion solely for the limited purpose of requesting that the Court adjourn the Rule 16 conference currently scheduled for July 2, 2026. Defendant makes a special appearance in order to make this procedural request and expressly reserves all defenses, objections, and motions available to it. My firm contacted counsel for Plaintiff Fast Corporation Ltd. regarding this letter motion on Monday, June 22, 2026 and again earlier today, but we have not received a response as of the date of this filing.

Defendant is organized under the laws of, and located in, the United Kingdom, and has provided a waiver of service pursuant to Federal Rule of Civil Procedure 4(d)(3). Accordingly, Defendant's deadline to respond to the Complaint is August 19, 2026—90 days from the date the request for waiver was sent (Dkt. No. 15). The current Rule 16 conference date of July 2, 2026 falls approximately seven weeks before the responsive pleading deadline. Because Defendant's time to respond to the Complaint will not have expired by the date of the conference, Defendant respectfully requests that the Rule 16 conference be adjourned to a date after August 19, 2026, at the Court's convenience.

This is Defendant's first request for an adjournment in this matter, and no prior requests have been made or denied. The parties' next scheduled appearance before the Court is the Rule 16 conference on July 2, 2026, and the only other existing deadline is Defendant's August 19, 2026, responsive pleading deadline. No other deadlines will be affected by the requested adjournment.

**Crowell**

Respectfully submitted,

**CROWELL & MORING LLP**

/s/ Preetha Chakrabarti
Preetha Chakrabarti

*(by special appearance)*
*Attorneys for Defendant Sophos Ltd.*