KOFFSKY SCHWALB LLC

**Efrem Schwalb**
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

August 28, 2026

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Fast Corporation Ltd. v. Sophos Ltd.*
No. 1:26-cv-02420-AS

The parties' proposed deadlines are ADOPTED. Defendant's motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 22 and Dkt. 28.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: August 31, 2026

Dear Judge Subramanian:

The undersigned represents Plaintiff in the above action. Defendant filed a motion to dismiss the Complaint, ECF No. 22. In accordance with Your Honor's Individual Rules, we write to inform the Court that Plaintiff intends to amend the Complaint.

We have consulted with Defendant's counsel, and the parties have agreed upon the following schedule, subject to the Court's approval:

1. Plaintiff to amend complaint by September 11, 2026.

2. Defendant to Answer or Move to Dismiss the Amended Complaint by no later than October 12, 2026 (approximately 30 days after Amended Complaint is filed).

3. Plaintiff to file its opposition papers by no later than November 11, 2026 (30 days after the filing of any motion to dismiss).

4. Defendant to file a reply by November 25, 2026 (within 14 days of the filing of the opposition).

We also note that in light of Plaintiff's amendment and Defendant's anticipated motion to dismiss the amended complaint, the parties agree that plaintiff need not respond to the present motion to dismiss.

We respectfully request that the Court approve the above.

Respectfully Submitted,

Efrem Schwalb